## INLAND STEEL COMPANY v. LARA ET AL.

[No. 13,325. Filed October 2, 1928.]

*William J. McAleer, Francis J. Dorsey, Gerald A. Gillett* and *James J. Clark*, for appellant.

*McMahon & Conroy*, for appellee.

REMY, J.—Affirmed, on authority of *Buckley* v. *Inland Steel Co.* (1921), 75 Ind. App. 84, 129 N. E. 860; *Indiana, etc., Cement Co.* v. *Frasier* (1927), 86 Ind. App. 406, 158 N. E. 249.

## BARNETT v. SMITH, ADMINISTRATOR.

[No. 13,012. Filed March 15, 1928. Rehearing denied June 8, 1928. Transfer denied October 2, 1928.]

*D. P. Sevald*, for appellant.

*Roscoe R. Peddicord*, for appellee.

NICHOLS, J.—The only substantial question presented for our consideration in this appeal is the sufficiency of the evidence to sustain the decision of the trial court. We have examined the evidence as set out in the briefs and we hold that it is sufficient to sustain the decision. There can be nothing gained by setting out the evidence.

Judgment affirmed.